■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH VILLANE, Appellant. [851 NYS2d 880]—

The Supreme Court providently exercised its discretion in upwardly departing from the defendant's presumptive sex of-

fender level based upon clear and convincing evidence of aggravating factors of a degree not taken into account by the risk assessment instrument and the guidelines (*see People v Leibach*, 39 AD3d 1093 [2007]; *People v Agard*, 35 AD3d 568 [2006]). The defendant's remaining contentions need not be addressed in light of our determination (*see People v Turner*, 45 AD3d 747 [2007]) and, in any event, are without merit (*see People v Johnson*, 47 AD3d 140 [2007]; *People v Lawless*, 44 AD3d 738 [2007], *lv denied* 9 NY3d 816 [2007]). Miller, J.P., Covello, Eng and Chambers, JJ., concur.